# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ROSIE S. GARCIA, | Case No. ED CV14-531-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 12, 2015.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE